UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LESLIE DANIEL ALEXANDER,

**Plaintiff,**

v.                              4:10-cv-270

VADEN NISSAN,

**Defendant.**

## ORDER

The Court adopted the Magistrate Judge's Report and Recommendation ("R&R"), which recommended dismissal of Plaintiff's case for failure to prosecute. *See* Docs. 12; 17. The R&R reasoned that the case could not continue because Plaintiff violated Local Rule 11.1 by failing to keep the Court apprised of her current address. *See* Docs. 11; 12.

Upon reviewing the record in this case, the Court notes that Plaintiff advised the Court of her most recent address subsequent to the issuance of the R&R. *See* Doc. 15. Accordingly, the Court *VACATES* its Order adopting the R&R and dismissing this case, and *REMANDS* the case to the Magistrate Judge. *See* Doc. 17.

This 23rd day of November 2011.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA