IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH

2012 MAY 24 AM 9:40

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| LESLIE DANIEL ALEXANDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VADEN NISSAN, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE NO. <br> 4:10-cv-00270-BAE-GRS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned party Plaintiff and the undersigned counsel for Defendant hereby stipulate and agree that this case has been resolved between the parties, and pursuant to Federal Rule of Civil Procedure 41(a), and all other applicable law, the above-styled action is hereby dismissed with prejudice, each party to bear his or her own costs.

DATED this 23rd day of May, 2012.

Respectfully submitted,

_____
Leslie Daniel Alexander
Plaintiff

APPROVED:

_____
B. Avant Edenfield
Judge, U. S. District Court
Southern District of Ga.

_____
Walter J. Kruger, III   *by SAM w/ permission*
Georgia Bar No. 429926
Lawrence S. McGoldrick
Georgia Bar No. 492683
Fisher & Phillips LLP
1075 Peachtree Street NE
Suite 3500
Atlanta, Georgia 30309
Telephone: 404-231-1400
Facsimile: 404-240-4249
Attorneys for Vaden Nissan